IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *EX REL.* DEBORAH RADKE, AS RELATOR UNDER THE FALSE CLAIMS ACT, | ) ) ) ) | |
| Relator/Plaintiff, | ) | Case No. 1:12-cv-06238 |
| v. | ) ) | Honorable Sharon Johnson Coleman |
| SINHA CLINIC CORP., BABER AND ASSOCIATES, LLC, SHOBA SINHA, M.D., and SABRINA YOUNG, PH.D., PSY.D., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 2, 2015, at 9:00 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Sharon Johnson Coleman, or any Judge sitting in her stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant Sinha's Motion to Dismiss and Defendant Sinha's Memorandum of Law in Support of Motion to Dismiss.**

Respectfully Submitted,

SINHA CLINIC, S.C. and SHOBHA SINHA, M.D.

By: s/ David J. Tecson
One of His Attorneys

David J. Tecson (6198108)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and the documents referred to herein were electronically served upon all parties of record pursuant to the General Order on ECF, on this 20th day of February, 2015.

/s David J. Tecson

2606702\1\23359\56381