# EXHIBIT 1

LIST OF CPT[1]/HCPCS CODES USED TO DEFINE CERTAIN DESIGNATED HEALTH SERVICE CATEGORIES[2] UNDER SECTION 1877 OF THE SOCIAL SECURITY ACT

***This code list is effective January 1, 2012***

## CLINICAL LABORATORY SERVICES

INCLUDE CPT codes for all clinical laboratory services in the 80000 series, except EXCLUDE CPT codes for the following blood component collection services:

| | |
|---|---|
| 86890 | Autologous blood process |
| 86891 | Autologous blood op salvage |
| 86927 | Plasma fresh frozen |
| 86930 | Frozen blood prep |
| 86931 | Frozen blood thaw |
| 86932 | Frozen blood freeze/thaw |
| 86945 | Blood product/irradiation |
| 86950 | Leukacyte transfusion |
| 86960 | Vol reduction of blood/prod |
| 86965 | Pooling blood platelets |
| 86985 | Split blood or products |

INCLUDE the following CPT and HCPCS level 2 codes for other clinical laboratory services:

| | |
|---|---|
| 0279T | Ctc test |
| 0280T | Ctc test w/i&r |
| 0030T | Antiprothrombin antibody |
| 0058T | Cryopreservation ovary tiss |
| 0059T | Cryopreservation oocyte |
| 0103T | Holotranscobalamin |
| 0111T | RBC membranes fatty acids |
| 36415 | Routine venipuncture |
| 78110 | Plasma volume single |
| 78111 | Plasma volume multiple |
| 78120 | Red cell mass single |
| 78121 | Red cell mass multiple |

| 78122 | Blood volume |
|-------|--------------|
| 78130 | Red cell survival study |
| 78191 | Platelet survival |
| 78267 | Breath tst attain/anal c-14 |
| 78268 | Breath test analysis c-14 |
| 78270 | Vit B-12 absorption exam |
| 78271 | Vit B-12 absrp exam int fac |
| 78272 | Vit B-12 absorp combined |
| 78725 | Kidney function study |
| G0027 | Semen analysis |
| G0103 | Psa screening |
| G0123 | Screen cerv/vag thin layer |
| G0124 | Screen c/v thin layer by MD |
| G0141 | Scr c/v cyto,autosys and md |
| G0143 | Scr c/v cyto,thinlayer,rescr |
| G0144 | Scr c/v cyto,thinlayer,rescr |
| G0145 | Scr c/v cyto,thinlayer,rescr |
| G0147 | Scr c/v cyto, automated sys |
| G0148 | Scr c/v cyto, autosys, rescr |
| G0306 | CBC/diffwbc w/o platelet |
| G0307 | CBC without platelet |
| G0328 | Fecal blood scrn immunoassay |
| G0416 | Sat biopsy prostate 1-20 spc |
| G0417 | Sat biopsy prostate 21-40 |
| G0418 | Sat biopsy prostate 41-60 |
| G0419 | Sat biopsy prostate: >60 |
| G0431 | Drug screen single class |
| G0432 | EIA HIV-1/HIV-2 screen |
| G0433 | ELISA HIV-1/HIV-2 screen |
| G0434 | Drug screen multi drug clas |
| G0435 | Oral HIV-1/HIV-2 screen |
| G9143 | Warfarin respon genetic test |
| P2028 | Cephalin floculation test |
| P2029 | Congo red blood test |
| P2033 | Blood thymol turbidity |
| P2038 | Blood mucoprotein |
| P3000 | Screen pap by tech w md supv |
| P3001 | Screening pap smear by phys |
| P9612 | Catheterize for urine spec |
| P9615 | Urine specimen collect mult |
| Q0111 | Wet mounts/ w preparations |
| Q0112 | Potassium hydroxide preps |
| Q0113 | Pinworm examinations |
| Q0114 | Fern test |

| Q0115 | Post-coital mucous exam |
|---|---|

**PHYSICAL THERAPY, OCCUPATIONAL THERAPY, AND OUTPATIENT SPEECH-LANGUAGE PATHOLOGY SERVICES**

INCLUDE the following CPT and HCPCS codes for physical therapy/occupational therapy/outpatient speech-language pathology services:

| 0019T | Extracorp shock wv tx ms nos |
|---|---|
| 0183T | Wound ultrasound |
| 64550 | Apply neurostimulator |
| 90901 | Biofeedback train any meth |
| 90911 | Biofeedback peri/uro/rectal |
| 92506 | Speech/hearing evaluation |
| 92507 | Speech/hearing therapy |
| 92508 | Speech/hearing therapy |
| 92520 | Laryngeal function studies |
| 92526 | Oral function therapy |
| 92597 | Oral speech device eval |
| 92607 | Ex for speech device rx 1hr |
| 92608 | Ex for speech device rx addl |
| 92609 | Use of speech device service |
| 92610 | Evaluate swallowing function |
| 92611 | Motion fluoroscopy/swallow |
| 92612 | Endoscopy swallow tst (fees) |
| 92614 | Laryngoscopic sensory test |
| 92616 | Fees w/laryngeal sense test |
| 93797 | Cardiac rehab |
| 93798 | Cardiac rehab/monitor |
| 95831 | Limb muscle testing manual |
| 95832 | Hand muscle testing manual |
| 95833 | Body muscle testing manual |
| 95834 | Body muscle testing manual |
| 95851 | Range of motion measurements |
| 95852 | Range of motion measurements |
| 95992 | Canalith repositioning proc |
| 96000 | Motion analysis video/3d |
| 96001 | Motion test w/ft press meas |
| 96002 | Dynamic surface emg |
| 96003 | Dynamic fine wire emg |
| 96105 | Assessment of aphasia |
| 96111 | Developmental testing |
| 96125 | Cognitive test by HC pro |

| | |
|---|---|
| 97001 | Pt evaluation |
| 97002 | Pt re-evaluation |
| 97003 | Ot evaluation |
| 97004 | Ot re-evaluation |
| 97010 | Hot or cold packs therapy |
| 97012 | Mechanical traction therapy |
| 97016 | Vasopneumatic device therapy |
| 97018 | Paraffin bath therapy |
| 97022 | Whirlpool therapy |
| 97024 | Diathermy eg microwave |
| 97026 | Infrared therapy |
| 97028 | Ultraviolet therapy |
| 97032 | Electrical stimulation |
| 97033 | Electric current therapy |
| 97034 | Contrast bath therapy |
| 97035 | Ultrasound therapy |
| 97036 | Hydrotherapy |
| 97039 | Physical therapy treatment |
| 97110 | Therapeutic exercises |
| 97112 | Neuromuscular reeducation |
| 97113 | Aquatic therapy/exercises |
| 97116 | Gait training therapy |
| 97124 | Massage therapy |
| 97139 | Physical medicine procedure |
| 97140 | Manual therapy |
| 97150 | Group therapeutic procedures |
| 97530 | Therapeutic activities |
| 97532 | Cognitive skills development |
| 97533 | Sensory integration |
| 97535 | Self care mngment training |
| 97537 | Community/work reintegration |
| 97542 | Wheelchair mngment training |
| 97545 | Work hardening |
| 97546 | Work hardening add-on |
| 97597 | RMVL devital tis 20cm/< |
| 97598 | RMVL devital tis addl 20 cm< |
| 97602 | Wound(s) care non-selective |
| 97605 | Neg press wound tx < 50 cm |
| 97606 | Neg press wound tx > 50 cm |
| 97750 | Physical performance test |
| 97755 | Assistive technology assess |
| 97760 | Orthotic mgmt and training |
| 97761 | Prosthetic training |
| 97762 | C/O for orthotic/prosth use |

| 97799 | Physical medicine procedure |
| G0281 | Elec stim unattend for press |
| G0283 | Elec stim other than wound |
| G0329 | Electromagntic tx for ulcers |
| G0451 | Development test interp & rep |

**RADIOLOGY AND CERTAIN OTHER IMAGING SERVICES**

INCLUDE the following CPT and HCPCS codes:

| 0042T | Ct perfusion w/contrast cbf |
| 0159T | Cad breast mri |
| 0174T | Cad cxr with interp |
| 0175T | Cad cxr remote |
| 51798 | Us urine capacity measure |
| 70100 | X-ray exam of jaw |
| 70110 | X-ray exam of jaw |
| 70120 | X-ray exam of mastoids |
| 70130 | X-ray exam of mastoids |
| 70134 | X-ray exam of middle ear |
| 70140 | X-ray exam of facial bones |
| 70150 | X-ray exam of facial bones |
| 70160 | X-ray exam of nasal bones |
| 70190 | X-ray exam of eye sockets |
| 70200 | X-ray exam of eye sockets |
| 70210 | X-ray exam of sinuses |
| 70220 | X-ray exam of sinuses |
| 70240 | X-ray exam pituitary saddle |
| 70250 | X-ray exam of skull |
| 70260 | X-ray exam of skull |
| 70300 | X-ray exam of teeth |
| 70310 | X-ray exam of teeth |
| 70320 | Full mouth x-ray of teeth |
| 70328 | X-ray exam of jaw joint |
| 70330 | X-ray exam of jaw joints |
| 70336 | Magnetic image jaw joint |
| 70350 | X-ray head for orthodontia |
| 70355 | Panoramic x-ray of jaws |
| 70360 | X-ray exam of neck |
| 70370 | Throat x-ray & fluoroscopy |
| 70371 | Speech evaluation complex |
| 70380 | X-ray exam of salivary gland |
| 70450 | Ct head/brain w/o dye |
| 70460 | Ct head/brain w/dye |

| | |
|---|---|
| 70470 | Ct head/brain w/o & w/dye |
| 70480 | Ct orbit/ear/fossa w/o dye |
| 70481 | Ct orbit/ear/fossa w/dye |
| 70482 | Ct orbit/ear/fossa w/o&w/dye |
| 70486 | Ct maxillofacial w/o dye |
| 70487 | Ct maxillofacial w/dye |
| 70488 | Ct maxillofacial w/o & w/dye |
| 70490 | Ct soft tissue neck w/o dye |
| 70491 | Ct soft tissue neck w/dye |
| 70492 | Ct sft tsue nck w/o & w/dye |
| 70496 | Ct angiography head |
| 70498 | Ct angiography neck |
| 70540 | Mri orbit/face/neck w/o dye |
| 70542 | Mri orbit/face/neck w/dye |
| 70543 | Mri orbt/fac/nck w/o & w/dye |
| 70544 | Mr angiography head w/o dye |
| 70545 | Mr angiography head w/dye |
| 70546 | Mr angiograph head w/o&w/dye |
| 70547 | Mr angiography neck w/o dye |
| 70548 | Mr angiography neck w/dye |
| 70549 | Mr angiograph neck w/o&w/dye |
| 70551 | Mri brain w/o dye |
| 70552 | Mri brain w/dye |
| 70553 | Mri brain w/o & w/dye |
| 70554 | Fmri brain by tech |
| 70555 | Fmri brain by phys/psych |
| 71010 | Chest x-ray |
| 71015 | Chest x-ray |
| 71020 | Chest x-ray |
| 71021 | Chest x-ray |
| 71022 | Chest x-ray |
| 71023 | Chest x-ray and fluoroscopy |
| 71030 | Chest x-ray |
| 71034 | Chest x-ray and fluoroscopy |
| 71035 | Chest x-ray |
| 71100 | X-ray exam of ribs |
| 71101 | X-ray exam of ribs/chest |
| 71110 | X-ray exam of ribs |
| 71111 | X-ray exam of ribs/chest |
| 71120 | X-ray exam of breastbone |
| 71130 | X-ray exam of breastbone |
| 71250 | Ct thorax w/o dye |
| 71260 | Ct thorax w/dye |
| 71270 | Ct thorax w/o & w/dye |

| | |
|---|---|
| 71275 | Ct angiography chest |
| 71550 | Mri chest w/o dye |
| 71551 | Mri chest w/dye |
| 71552 | Mri chest w/o & w/dye |
| 71555 | Mri angio chest w or w/o dye |
| 72010 | X-ray exam of spine |
| 72020 | X-ray exam of spine |
| 72040 | X-ray exam of neck spine |
| 72050 | X-ray exam of neck spine |
| 72052 | X-ray exam of neck spine |
| 72069 | X-ray exam of trunk spine |
| 72070 | X-ray exam of thoracic spine |
| 72072 | X-ray exam of thoracic spine |
| 72074 | X-ray exam of thoracic spine |
| 72080 | X-ray exam of trunk spine |
| 72090 | X-ray exam of trunk spine |
| 72100 | X-ray exam of lower spine |
| 72110 | X-ray exam of lower spine |
| 72114 | X-ray exam of lower spine |
| 72120 | X-ray exam of lower spine |
| 72125 | Ct neck spine w/o dye |
| 72126 | Ct neck spine w/dye |
| 72127 | Ct neck spine w/o & w/dye |
| 72128 | Ct chest spine w/o dye |
| 72129 | Ct chest spine w/dye |
| 72130 | Ct chest spine w/o & w/dye |
| 72131 | Ct lumbar spine w/o dye |
| 72132 | Ct lumbar spine w/dye |
| 72133 | Ct lumbar spine w/o & w/dye |
| 72141 | Mri neck spine w/o dye |
| 72142 | Mri neck spine w/dye |
| 72146 | Mri chest spine w/o dye |
| 72147 | Mri chest spine w/dye |
| 72148 | Mri lumbar spine w/o dye |
| 72149 | Mri lumbar spine w/dye |
| 72156 | Mri neck spine w/o & w/dye |
| 72157 | Mri chest spine w/o & w/dye |
| 72158 | Mri lumbar spine w/o & w/dye |
| 72159 | Mr angio spine w/o&w/dye |
| 72170 | X-ray exam of pelvis |
| 72190 | X-ray exam of pelvis |
| 72191 | Ct angiograph pelv w/o&w/dye |
| 72192 | Ct pelvis w/o dye |
| 72193 | Ct pelvis w/dye |

| | |
|---|---|
| 72194 | Ct pelvis w/o & w/dye |
| 72195 | Mri pelvis w/o dye |
| 72196 | Mri pelvis w/dye |
| 72197 | Mri pelvis w/o & w/dye |
| 72198 | Mr angio pelvis w/o & w/dye |
| 72200 | X-ray exam sacroiliac joints |
| 72202 | X-ray exam sacroiliac joints |
| 72220 | X-ray exam of tailbone |
| 73000 | X-ray exam of collar bone |
| 73010 | X-ray exam of shoulder blade |
| 73020 | X-ray exam of shoulder |
| 73030 | X-ray exam of shoulder |
| 73050 | X-ray exam of shoulders |
| 73060 | X-ray exam of humerus |
| 73070 | X-ray exam of elbow |
| 73080 | X-ray exam of elbow |
| 73090 | X-ray exam of forearm |
| 73092 | X-ray exam of arm infant |
| 73100 | X-ray exam of wrist |
| 73110 | X-ray exam of wrist |
| 73120 | X-ray exam of hand |
| 73130 | X-ray exam of hand |
| 73140 | X-ray exam of finger(s) |
| 73200 | Ct upper extremity w/o dye |
| 73201 | Ct upper extremity w/dye |
| 73202 | Ct uppr extremity w/o&w/dye |
| 73206 | Ct angio upr extrm w/o&w/dye |
| 73218 | Mri upper extremity w/o dye |
| 73219 | Mri upper extremity w/dye |
| 73220 | Mri uppr extremity w/o&w/dye |
| 73221 | Mri joint upr extrem w/o dye |
| 73222 | Mri joint upr extrem w/dye |
| 73223 | Mri joint upr extr w/o&w/dye |
| 73225 | Mr angio upr extr w/o&w/dye |
| 73500 | X-ray exam of hip |
| 73510 | X-ray exam of hip |
| 73520 | X-ray exam of hips |
| 73540 | X-ray exam of pelvis & hips |
| 73550 | X-ray exam of thigh |
| 73560 | X-ray exam of knee 1 or 2 |
| 73562 | X-ray exam of knee 3 |
| 73564 | X-ray exam knee 4 or more |
| 73565 | X-ray exam of knees |
| 73590 | X-ray exam of lower leg |

| | |
|---|---|
| 73592 | X-ray exam of leg infant |
| 73600 | X-ray exam of ankle |
| 73610 | X-ray exam of ankle |
| 73620 | X-ray exam of foot |
| 73630 | X-ray exam of foot |
| 73650 | X-ray exam of heel |
| 73660 | X-ray exam of toe(s) |
| 73700 | Ct lower extremity w/o dye |
| 73701 | Ct lower extremity w/dye |
| 73702 | Ct lwr extremity w/o&w/dye |
| 73706 | Ct angio lwr extr w/o&w/dye |
| 73718 | Mri lower extremity w/o dye |
| 73719 | Mri lower extremity w/dye |
| 73720 | Mri lwr extremity w/o&w/dye |
| 73721 | Mri jnt of lwr extre w/o dye |
| 73722 | Mri joint of lwr extr w/dye |
| 73723 | Mri joint lwr extr w/o&w/dye |
| 73725 | Mr ang lwr ext w or w/o dye |
| 74000 | X-ray exam of abdomen |
| 74010 | X-ray exam of abdomen |
| 74020 | X-ray exam of abdomen |
| 74022 | X-ray exam series abdomen |
| 74150 | Ct abdomen w/o dye |
| 74160 | Ct abdomen w/dye |
| 74170 | Ct abdomen w/o & w/dye |
| 74174 | Ct angio abd&pelv w/o&w/dye |
| 74175 | Ct angio abdom w/o & w/dye |
| 74176 | Ct abd & pelvis |
| 74177 | Ct abd & pelv w/contrast |
| 74178 | Ct abd & pelv 1/>regns |
| 74181 | Mri abdomen w/o dye |
| 74182 | Mri abdomen w/dye |
| 74183 | Mri abdomen w/o & w/dye |
| 74185 | Mri angio abdom w orw/o dye |
| 74210 | Contrst x-ray exam of throat |
| 74220 | Contrast x-ray esophagus |
| 74230 | Cine/vid x-ray throat/esoph |
| 74240 | X-ray exam upper gi tract |
| 74241 | X-ray exam upper gi tract |
| 74245 | X-ray exam upper gi tract |
| 74246 | Contrst x-ray uppr gi tract |
| 74247 | Contrst x-ray uppr gi tract |
| 74249 | Contrst x-ray uppr gi tract |
| 74250 | X-ray exam of small bowel |

| 74261 | Ct colonography dx |
| 74262 | Ct colonography dx w/dye |
| 74290 | Contrast x-ray gallbladder |
| 74291 | Contrast x-rays gallbladder |
| 74710 | X-ray measurement of pelvis |
| 75557 | Cardiac MRI for morph |
| 75559 | Cardiac MRI w/stress img |
| 75561 | Cardiac MRI for morph w/dye |
| 75563 | Card MRI w/stress img & dye |
| 75565 | Card MRI veloc flow mapping |
| 75571 | Ct hrt w/o dye w/ca test |
| 75572 | Ct hrt w/3d image |
| 75573 | Ct hrt w/3d image congen |
| 75574 | Ct angio hrt w/3d image |
| 75635 | Ct angio abdominal arteries |
| 76000 | Fluoroscope examination |
| 76010 | X-ray nose to rectum |
| 76100 | X-ray exam of body section |
| 76101 | Complex body section x-ray |
| 76102 | Complex body section x-rays |
| 76120 | Cine/video x-rays |
| 76125 | Cine/video x-rays add-on |
| 76376 | 3d render w/o postprocess |
| 76377 | 3d rendering w/postprocess |
| 76380 | CAT scan follow-up study |
| 76499 | Radiographic procedure |
| 76506 | Echo exam of head |
| 76510 | Ophth us b & quant a |
| 76511 | Ophth us quant a only |
| 76512 | Ophth us b w/non-quant a |
| 76513 | Echo exam of eye water bath |
| 76514 | Echo exam of eye thickness |
| 76516 | Echo exam of eye |
| 76519 | Echo exam of eye |
| 76536 | Us exam of head and neck |
| 76604 | Us exam chest |
| 76645 | Us exam breast(s) |
| 76700 | Us exam abdom complete |
| 76705 | Echo exam of abdomen |
| 76770 | Us exam abdo back wall comp |
| 76775 | Us exam abdo back wall lim |
| 76776 | Us exam k transpl w/Doppler |
| 76800 | Us exam spinal canal |
| 76801 | Ob us < 14 wks single fetus |

| 76802 | Ob us < 14 wks addl fetus |
| 76805 | Ob us >/= 14 wks sngl fetus |
| 76810 | Ob us >/= 14 wks addl fetus |
| 76811 | Ob us detailed sngl fetus |
| 76812 | Ob us detailed addl fetus |
| 76815 | Ob us limited fetus(s) |
| 76816 | Ob us follow-up per fetus |
| 76818 | Fetal biophys profile w/nst |
| 76819 | Fetal biophys profil w/o nst |
| 76820 | Umbilical artery echo |
| 76821 | Middle cerebral artery echo |
| 76825 | Echo exam of fetal heart |
| 76826 | Echo exam of fetal heart |
| 76827 | Echo exam of fetal heart |
| 76828 | Echo exam of fetal heart |
| 76856 | Us exam pelvic complete |
| 76857 | Us exam pelvic limited |
| 76870 | Us exam scrotum |
| 76881 | Us xtr non-vasc complete |
| 76882 | Us xtr non-vasc lmtd |
| 76885 | Us exam infant hips dynamic |
| 76886 | Us exam infant hips static |
| 76970 | Ultrasound exam follow-up |
| 76977 | Us bone density measure |
| 76999 | Echo examination procedure |
| 77051 | Computer dx mammogram add-on |
| 77052 | Comp screen mammogram add-on |
| 77055 | Mammogram one breast |
| 77056 | Mammogram both breasts |
| 77057 | Mammogram screening |
| 77058 | Mri one breast |
| 77059 | Mri both breasts |
| 77071 | X-ray stress view |
| 77072 | X-rays for bone age |
| 77073 | X-rays bone length studies |
| 77074 | X-rays bone survey limited |
| 77075 | X-rays bone survey complete |
| 77076 | X-rays bone survey infant |
| 77077 | Joint survey single view |
| 77078 | Ct bone density axial |
| 77080 | Dxa bone density axial |
| 77081 | Dxa bone density/peripheral |
| 77082 | Dxa bone density vert fx |
| 77084 | Magnetic image bone marrow |

| | |
|---|---|
| 78006 | Thyroid imaging with uptake |
| 78007 | Thyroid image mult uptakes |
| 78010 | Thyroid imaging |
| 78011 | Thyroid imaging with flow |
| 78015 | Thyroid met imaging |
| 78016 | Thyroid met imaging/studies |
| 78018 | Thyroid met imaging body |
| 78020 | Thyroid met uptake |
| 78070 | Parathyroid nuclear imaging |
| 78075 | Adrenal nuclear imaging |
| 78099 | Endocrine nuclear procedure |
| 78102 | Bone marrow imaging ltd |
| 78103 | Bone marrow imaging mult |
| 78104 | Bone marrow imaging body |
| 78135 | Red cell survival kinetics |
| 78140 | Red cell sequestration |
| 78185 | Spleen imaging |
| 78190 | Platelet survival kinetics |
| 78195 | Lymph system imaging |
| 78199 | Blood/lymph nuclear exam |
| 78201 | Liver imaging |
| 78202 | Liver imaging with flow |
| 78205 | Liver imaging (3D) |
| 78206 | Liver image (3d) with flow |
| 78215 | Liver and spleen imaging |
| 78216 | Liver & spleen image/flow |
| 78226 | Hepatobiliary system imaging |
| 78227 | Hepatobil syst image w/drug |
| 78230 | Salivary gland imaging |
| 78231 | Serial salivary imaging |
| 78232 | Salivary gland function exam |
| 78258 | Esophageal motility study |
| 78261 | Gastric mucosa imaging |
| 78262 | Gastroesophageal reflux exam |
| 78264 | Gastric emptying study |
| 78278 | Acute GI blood loss imaging |
| 78282 | GI protein loss exam |
| 78290 | Meckels divert exam |
| 78291 | Leveen/shunt patency exam |
| 78299 | GI nuclear procedure |
| 78300 | Bone imaging limited area |
| 78305 | Bone imaging multiple areas |
| 78306 | Bone imaging whole body |
| 78315 | Bone imaging 3 phase |

| 78320 | Bone imaging (3D) |
|-------|-------------------|
| 78399 | Musculoskeletal nuclear exam |
| 78428 | Cardiac shunt imaging |
| 78445 | Vascular flow imaging |
| 78451 | Ht muscle image spect sing |
| 78452 | Ht muscle image spect mult |
| 78453 | Ht muscle image planar sing |
| 78454 | Ht musc image planar mult |
| 78456 | Acute venous thrombus image |
| 78457 | Venous thrombosis imaging |
| 78458 | Ven thrombosis images bilat |
| 78459 | Heart muscle imaging (PET) |
| 78466 | Heart infarct image |
| 78468 | Heart infarct image (ef) |
| 78469 | Heart infarct image (3D) |
| 78472 | Gated heart planar single |
| 78473 | Gated heart multiple |
| 78481 | Heart first pass single |
| 78483 | Heart first pass multiple |
| 78491 | Heart image (pet) single |
| 78492 | Heart image (pet) multiple |
| 78494 | Heart image spect |
| 78496 | Heart first pass add-on |
| 78499 | Cardiovascular nuclear exam |
| 78579 | Lung ventilation imaging |
| 78580 | Lung perfusion imaging |
| 78582 | Lung ventilat&perfus imaging |
| 78597 | Lung perfusion differential |
| 78598 | Lung perf&ventilat diferentl |
| 78599 | Respiratory nuclear exam |
| 78600 | Brain image < 4 views |
| 78601 | Brain image w/flow < 4 views |
| 78605 | Brain image 4+ views |
| 78606 | Brain image w/flow 4 + views |
| 78607 | Brain imaging (3D) |
| 78608 | Brain imaging (PET) |
| 78610 | Brain flow imaging only |
| 78630 | Cerebrospinal fluid scan |
| 78635 | CSF ventriculography |
| 78645 | CSF shunt evaluation |
| 78647 | Cerebrospinal fluid scan |
| 78650 | CSF leakage imaging |
| 78660 | Nuclear exam of tear flow |
| 78699 | Nervous system nuclear exam |

| | |
|---|---|
| 78700 | Kidney imaging morphol |
| 78701 | Kidney imaging with flow |
| 78707 | K flow/funct image w/o drug |
| 78708 | K flow/funct image w/drug |
| 78709 | K flow/funct image multiple |
| 78710 | Kidney imaging (3D) |
| 78730 | Urinary bladder retention |
| 78740 | Ureteral reflux study |
| 78761 | Testicular imaging w/flow |
| 78799 | Genitourinary nuclear exam |
| 78800 | Tumor imaging limited area |
| 78801 | Tumor imaging mult areas |
| 78802 | Tumor imaging whole body |
| 78803 | Tumor imaging (3D) |
| 78804 | Tumor imaging whole body |
| 78805 | Abscess imaging ltd area |
| 78806 | Abscess imaging whole body |
| 78807 | Nuclear localization/abscess |
| 78811 | PET image ltd area |
| 78812 | PET image skull-thigh |
| 78813 | PET image full body |
| 78814 | PET image w/ct lmtd |
| 78815 | PET image w/ct skull-thigh |
| 78816 | PET image w/ct full body |
| 78999 | Nuclear diagnostic exam |
| 91110 | Gi tract capsule endoscopy |
| 91111 | Esophageal capsule endoscopy |
| 92132 | Cpmtr ophth dx img ant segmt |
| 92133 | Cmptr ophth img optic nerve |
| 92134 | Cptr ophth dx img post segmt |
| 92227 | Remote dx retinal imaging |
| 92228 | Remote retinal imaging mgmt |
| 93303 | Echo transthoracic |
| 93304 | Echo transthoracic |
| 93306 | TTE w/Doppler complete |
| 93307 | TTE w/o Doppler complete |
| 93308 | TTE f-up or lmtd |
| 93320 | Doppler echo exam heart [if used in conjunction with 93303-93304] |
| 93321 | Doppler echo exam heart [if used in conjunction with 93303, 93304, 93308] |

| 93325 | Doppler color flow add-on [if used in conjunction with 76825, 76826, 76827,76828, 93303, 93304, 93308] |
|-------|------------------------------------------------------------------------|
| 93875 | Extracranial study |
| 93880 | Extracranial study |
| 93882 | Extracranial study |
| 93886 | Intracranial study |
| 93888 | Intracranial study |
| 93890 | Tcd vasoreactivity study |
| 93892 | Tcd emboli detect w/o inj |
| 93922 | Upr/l xtremity art 2 levels |
| 93923 | Upr/lxtr art stdy 3+ lvls |
| 93924 | Lwr xtr vasc stdy bilat |
| 93925 | Lower extremity study |
| 93926 | Lower extremity study |
| 93930 | Upper extremity study |
| 93931 | Upper extremity study |
| 93965 | Extremity study |
| 93970 | Extremity study |
| 93971 | Extremity study |
| 93975 | Vascular study |
| 93976 | Vascular study |
| 93978 | Vascular study |
| 93979 | Vascular study |
| 93980 | Penile vascular study |
| 93981 | Penile vascular study |
| 93990 | Doppler flow testing |
| 93998 | Noninvas vasc dx study proc |
| A4641 | Radiopharm dx agent noc |
| A4642 | In111 satumomab |
| A9500 | Tc99m sestamibi |
| A9501 | Technetium TC-99m teboroxime |
| A9502 | Tc99m tetrofosmin |
| A9503 | Tc99m medronate |
| A9504 | Tc99m apcitide |
| A9505 | TL201 thallium |
| A9507 | In111 capromab |
| A9508 | I131 iodobenguate, dx |
| A9509 | Iodine I-123 sod iodide mil |
| A9510 | Tc99m disofenin |
| A9512 | Tc99m pertechnetate |
| A9516 | Iodine I-123 sod iodide mic |
| A9521 | Tc99m exametazime |

| A9524 | I131 serum albumin, dx |
| A9526 | Nitrogen N-13 ammonia |
| A9528 | Iodine I-131 iodide cap, dx |
| A9529 | I131 iodide sol, dx |
| A9531 | I131 max 100uCi |
| A9532 | I125 serum albumin, dx |
| A9536 | TC99m depreotide |
| A9537 | Tc99m mebrofenin |
| A9538 | Tc99m pyrophosphate |
| A9539 | Tc99m pentetate |
| A9540 | Tc99m MAA |
| A9541 | Tc99m sulfur colloid |
| A9542 | In111 ibritumomab, dx |
| A9544 | I131 tositumomab, dx |
| A9546 | CO57/58 |
| A9547 | In111 oxyquinoline |
| A9548 | In111 pentetate |
| A9550 | Tc99m gluceptate |
| A9551 | Tc99m succimer |
| A9552 | F18 fdg |
| A9553 | Cr51 chromate |
| A9554 | I125 iothalamate, dx |
| A9555 | Rb82 rubidium |
| A9556 | Ga67 gallium |
| A9557 | Tc99m bicisate |
| A9558 | Xe133 xenon 10mci |
| A9559 | Co57 cyano |
| A9560 | Tc99m labeled rbc |
| A9561 | Tc99m oxidronate |
| A9562 | Tc99m mertiatide |
| A9566 | Tc99m fanolesomab |
| A9567 | Technetium TC-99m aerosol |
| A9568 | Technetium tc99m arcitumomab |
| A9569 | Technetium TC-99m auto WBC |
| A9570 | Indium In-111 auto WBC |
| A9571 | Indium In-111 auto platelet |
| A9572 | Indium In-111 pentetreotide |
| A9576 | Inj prohance multipack |
| A9577 | Inj multihance |
| A9578 | Inj multihance multipack |
| A9579 | Gad-base MR contrast NOS,1ml |
| A9580 | Sodium fluoride F-18 |
| A9584 | Iodine I-123 ioflupane |
| A9700 | Echocardiography contrast |

| | |
|---|---|
| G0130 | Single energy x-ray study |
| G0202 | Screeningmammographydigital |
| G0204 | Diagnosticmammographydigital |
| G0206 | Diagnosticmammographydigital |
| G0288 | Recon, CTA for surg plan |
| G0389 | Ultrasound exam AAA screen |
| Q0092 | Set up port xray equipment |
| Q9951 | LOCM>=400 mg/ml iodine,1ml |
| Q9953 | Inj Fe-based MR contrast,1ml |
| Q9954 | Oral MR contrast, 100ml |
| Q9955 | Inj perflexane lip micros,ml |
| Q9956 | Inj octafluoropropane mic,ml |
| Q9957 | Inj perflutren lip micros,ml |
| Q9958 | HOCM <=149 mg/ml iodine, 1ml |
| Q9959 | HOCM 150-199mg/ml iodine,1ml |
| Q9960 | HOCM 200-249mg/ml iodine,1ml |
| Q9961 | HOCM 250-299mg/ml iodine,1ml |
| Q9962 | HOCM 300-349mg/ml iodine,1ml |
| Q9963 | HOCM 350-399mg/ml iodine,1ml |
| Q9964 | HOCM>= 400mg/ml iodine, 1ml |
| Q9965 | LOCM 100-199mg/ml iodine,1ml |
| Q9966 | LOCM 200-299mg/ml iodine,1ml |
| Q9967 | LOCM 300-399mg/ml iodine,1ml |
| R0070 | Transport portable x-ray |
| R0075 | Transport port x-ray multipl |
| | |

**RADIATION THERAPY SERVICES AND SUPPLIES**

INCLUDE the following CPT and HCPCS codes:

| | |
|---|---|
| 0073T | Delivery comp imrt |
| 0182T | HDR elect brachytherapy |
| 0190T | Place intraoc radiation src |
| 0197T | Intrafraction track motion |
| 19296 | Place po breast cath for rad |
| 19297 | Place breast cath for rad |
| 19298 | Place breast rad tube/caths |
| 20555 | Place ndl musc/tis for rt |
| 31643 | Diag bronchoscope/catheter |
| 32553 | Ins mark thor for rt perq |
| 41019 | Place needles h&n for rt |
| 49327 | Lap ins device for rt |
| 49411 | Ins mark abd/pel for rt perq |
| 49412 | Ins device for rt guide open |

| | |
|---|---|
| 55875 | Transperi needle place pros |
| 55876 | Place rt device/marker pros |
| 55920 | Place needles pelvic for rt |
| 57155 | Insert uteri tandems/ovoids |
| 57156 | Ins vag brachytx device |
| 58346 | Insert heyman uteri capsule |
| 61770 | Incise skull for treatment |
| 61796 | SRS cranial lesion simple |
| 61797 | SRS cran les simple addl |
| 61798 | SRS cranial lesion complex |
| 61799 | SRS cran les complex addl |
| 61800 | Apply SRS headframe add-on |
| 63620 | SRS spinal lesion |
| 63621 | SRS spinal lesion addl |
| 77261 | Radiation therapy planning |
| 77262 | Radiation therapy planning |
| 77263 | Radiation therapy planning |
| 77280 | Set radiation therapy field |
| 77285 | Set radiation therapy field |
| 77290 | Set radiation therapy field |
| 77295 | Set radiation therapy field |
| 77299 | Radiation therapy planning |
| 77300 | Radiation therapy dose plan |
| 77301 | Radiotherapy dose plan imrt |
| 77305 | Teletx isodose plan simple |
| 77310 | Teletx isodose plan intermed |
| 77315 | Teletx isodose plan complex |
| 77321 | Special teletx port plan |
| 77326 | Brachytx isodose calc simp |
| 77327 | Brachytx isodose calc interm |
| 77328 | Brachytx isodose plan compl |
| 77331 | Special radiation dosimetry |
| 77332 | Radiation treatment aid(s) |
| 77333 | Radiation treatment aid(s) |
| 77334 | Radiation treatment aid(s) |
| 77336 | Radiation physics consult |
| 77338 | Design mlc device for imrt |
| 77370 | Radiation physics consult |
| 77371 | Srs multisource |
| 77372 | Srs linear based |
| 77373 | Sbrt delivery |
| 77399 | External radiation dosimetry |
| 77401 | Radiation treatment delivery |
| 77402 | Radiation treatment delivery |

| 77403 | Radiation treatment delivery |
| 77404 | Radiation treatment delivery |
| 77406 | Radiation treatment delivery |
| 77407 | Radiation treatment delivery |
| 77408 | Radiation treatment delivery |
| 77409 | Radiation treatment delivery |
| 77411 | Radiation treatment delivery |
| 77412 | Radiation treatment delivery |
| 77413 | Radiation treatment delivery |
| 77414 | Radiation treatment delivery |
| 77416 | Radiation treatment delivery |
| 77417 | Radiology port film(s) |
| 77418 | Radiation tx delivery imrt |
| 77421 | Stereoscopic x-ray guidance |
| 77422 | Neutron beam tx simple |
| 77423 | Neutron beam tx complex |
| 77427 | Radiation tx management x5 |
| 77431 | Radiation therapy management |
| 77432 | Stereotactic radiation trmt |
| 77435 | Sbrt management |
| 77470 | Special radiation treatment |
| 77499 | Radiation therapy management |
| 77520 | Proton trmt simple w/o comp |
| 77522 | Proton trmt simple w/comp |
| 77523 | Proton trmt intermediate |
| 77525 | Proton treatment complex |
| 77600 | Hyperthermia treatment |
| 77605 | Hyperthermia treatment |
| 77610 | Hyperthermia treatment |
| 77615 | Hyperthermia treatment |
| 77620 | Hyperthermia treatment |
| 77750 | Infuse radioactive materials |
| 77761 | Apply intrcav radiat simple |
| 77762 | Apply intrcav radiat interm |
| 77763 | Apply intrcav radiat compl |
| 77776 | Apply interstit radiat simpl |
| 77777 | Apply interstit radiat inter |
| 77778 | Apply interstit radiat compl |
| 77785 | HDR brachytx 1 channel |
| 77786 | HDR brachytx 2-12 channel |
| 77787 | HDR brachytx over 12 chan |
| 77789 | Apply surface radiation |
| 77790 | Radiation handling |
| 77799 | Radium/radioisotope therapy |

| | |
|---|---|
| 79005 | Nuclear rx oral admin |
| 79101 | Nuclear rx iv admin |
| 79200 | Nuclear rx intracav admin |
| 79300 | Nuclr rx interstit colloid |
| 79403 | Hematopoietic nuclear tx |
| 79440 | Nuclear rx intra-articular |
| 79445 | Nuclear rx intra-arterial |
| 79999 | Nuclear medicine therapy |
| 92974 | Cath place cardio brachytx |
| A4650 | Implant radiation dosimeter |
| A9517 | I131 iodide cap, rx |
| A9527 | Iodine I-125 sodium iodide |
| A9530 | I131 iodide sol, rx |
| A9543 | Y90 ibritumomab, rx |
| A9545 | I131 tositumomab, rx |
| A9563 | P32 Na phosphate |
| A9564 | P32 chromic phosphate |
| A9600 | Sr89 strontium |
| A9604 | Sm 153 lexidronam |
| A9699 | Radiopharm rx agent noc |
| C1716 | Brachytx, non-str, Gold-198 |
| C1717 | Brachytx, non-str,HDR Ir-192 |
| C1719 | Brachytx, NS, Non-HDRIr-192 |
| C2616 | Brachytx, non-str,Yttrium-90 |
| C2634 | Brachytx, non-str, HA, I-125 |
| C2635 | Brachytx, non-str, HA, P-103 |
| C2636 | Brachy linear, non-str,P-103 |
| C2638 | Brachytx, stranded, I-125 |
| C2639 | Brachytx,non-stranded,I-125 |
| C2640 | Brachytx, stranded, P-103 |
| C2641 | Brachytx, non-stranded,P-103 |
| C2642 | Brachytx, stranded, C-131 |
| C2643 | Brachytx, non-stranded,C-131 |
| C2698 | Brachytx, stranded, NOS |
| C2699 | Brachytx, non-stranded, NOS |
| G0173 | Linear acc stereo radsur com |
| G0251 | Linear acc based stero radio |
| G0339 | Robot lin-radsurg com, first |
| G0340 | Robt lin-radsurg fractx 2-5 |
| Q3001 | Brachytherapy Radioelements |
| | |
| **EPO AND OTHER DIALYSIS-RELATED DRUGS** | |
| | |

The physician self-referral prohibition does not apply to the following codes for dialysis-related drugs furnished in or by an ESRD facility if the conditions in §411.355(g) are satisfied:

No codes reported at this time.

**PREVENTIVE SCREENING TESTS, IMMUNIZATIONS AND VACCINES**

The physician self-referral prohibition does not apply to the following tests if they are performed for screening purposes and satisfy the conditions in §411.355(h):

| | |
|---|---|
| 77052 | Comp screen mammogram add-on |
| 77057 | Mammogram screening |
| 80061 | Lipid panel [only when billed with one of the following ICD-9-CM codes:  V81.0, V81.1, or V81.2] |
| 82270 | Occult blood feces |
| 82465 | Assay bld/serum cholesterol [only when billed with one of the following ICD-9-CM codes:  V81.0, V81.1, or V81.2] |
| 82947 | Assay glucose blood quant [only when billed with ICD-9-CM code V77.1] |
| 82950 | Glucose test [only when billed with ICD-9-CM code V77.1] |
| 82951 | Glucose tolerance test (GTT) [only when billed with ICD-9-CM code V77.1] |
| 83718 | Assay of lipoprotein [only when billed with one of the following ICD-9-CM codes:  V81.0, V81.1, or V81.2] |
| 84478 | Assay of triglycerides [only when billed with one of the following ICD-9-CM codes:  V81.0, V81.1, or V81.2] |
| G0103 | PSA screening |
| G0123 | Screen cerv/vag thin layer |
| G0124 | Screen c/v thin layer by MD |
| G0141 | Scr c/v cyto,autosys and md |
| G0143 | Scr c/v cyto,thinlayer,rescr |
| G0144 | Scr c/v cyto,thinlayer,rescr |
| G0145 | Scr c/v cyto,thinlayer,rescr |
| G0147 | Scr c/v cyto, automated sys |
| G0148 | Scr c/v cyto, autosys, rescr |

| G0202 | Screeningmammographydigital |
|-------|------------------------------|
| G0328 | Fecal blood scrn immunoassay |
| G0389 | Ultrasound exam AAA screen |
| P3000 | Screen pap by tech w md supv |
| P3001 | Screening pap smear by phys |
| | |
| The physician self-referral prohibition does not apply to the following immunization and vaccine codes if they satisfy the conditions in §411.355(h): | |
| | |
| 90654 | Flu vaccine no preserv, ID |
| 90655 | Flu vaccine no preserv 6-35m |
| 90656 | Flu vaccine no preserv 3 & > |
| 90657 | Flu vaccine 3 yrs im |
| 90660 | Flu vaccine nasal |
| 90662 | Flu vacc prsv free inc antig |
| 90669 | Pneumococcal vacc 7 val im |
| 90670 | Pneumococcal vacc 13 val im |
| 90732 | Pneumococcal vaccine |
| 90740 | Hepb vacc ill pat 3 dose im |
| 90743 | Hep b vacc adol 2 dose im |
| 90744 | Hepb vacc ped/adol 3 dose im |
| 90746 | Hep b vaccine adult im |
| 90747 | Hepb vacc ill pat 4 dose im |
| G0432 | EIA HIV-1/HIV-2 screen |
| G0433 | ELISA HIV-1/HIV-2 screen |
| G0435 | Oral HIV-1/HIV-2 screen |
| Q2035 | Afluria vacc, 3 yrs & >, im |
| Q2036 | Flulaval vacc, 3 yrs & >, im |
| Q2037 | Fluvirin vacc, 3 yrs & >, im |
| Q2038 | Fluzone vacc, 3 yrs & >, im |
| Q2039 | NOS flu vacc, 3 yrs & >, im |
| | |
| [1] CPT codes and descriptions only are copyright 2011 American Medical Association.  All rights are reserved and applicable FARS/DFARS clauses apply. | |
| | |

[2] This list does not include codes for the following designated health service (DHS) categories: durable medical equipment and supplies; parenteral and enteral nutrients, equipment and supplies; prosthetics, orthotics, and prosthetic devices and supplies; home health services; outpatient prescription drugs; and inpatient and outpatient hospital services.  For the definitions of these DHS categories, refer to §411.351.  For more information, refer to the CMS Web site at http://www.cms.gov/PhysicianSelfReferral/.