EXHIBIT 1


www.psychiatry.org

## Psychiatric Services
*2012 to 2013 Crosswalk*

AMERICAN ACADEMY OF
CHILD & ADOLESCENT
PSYCHIATRY
W W W . A A C A P . O R G

| 2012 | | | 2013 | | |
|---|---|---|---|---|---|
| Service | CPT Code | 2013 Status | Service | CPT Code | Report with interactive complexity (90785) |
| **Diagnostic** | | | | | |
| Diagnostic interview examination | 90801 | DELETED | Diagnostic evaluation (no medical) | 90791 | *Psychologist* |
| | | | Diagnostic evaluation with medical | 90792 | *Psychiatrist* When appropriate |
| Interactive diagnostic interview examination | 90802 | DELETED | Diagnostic evaluation (no medical) | 90791 | Yes |
| | | | Diagnostic evaluation with medical | 90792 | |
| **Psychotherapy** | | | | | |
| Individual psychotherapy 20-30 min | 90804, 90816 | DELETED | Psychotherapy 30 (16-37*) min | 90832 | When appropriate |
| 45-50 min | 90806, 90818 | | 45 (38-52*) min | 90834 | |
| 75-80 min | 90808, 90821 | | 60 (53+*) min | 90837 * | |
| Interactive individual psychotherapy 20-30 min | 90810, 90823 | DELETED | 30 (16-37*) min | 90832 | Yes |
| 45-50 min | 90812, 90826 | | 45 (38-52*) min | 90834 | |
| 75-80 min | 90814, 90828 | | 60 (53+*) min | 90837  + 90785 | |
| **Psychotherapy with E/M (there is no one-to-one correspondence)** | | | | | |
| Individual psychotherapy with E/M, 20-30 min | 90805, 90817 | DELETED | E/M plus psychotherapy add-on | E/M code (selected using key components, *not* time) and one of: | When appropriate |
| 45-50 min | 90807, 90819 | | | | |
| 75-80 min | 90809, 90822 | | | 90833 30 (16-37*) min | |
| Interactive individual psychotherapy with E/M 20-30 min | 90811, 90824 | DELETED | | 90836 45 (38-52*) min | Yes |
| 45-50 min | 90813, 90827 | | | 90838 60 (53+*) min ✓ | |
| 75-80 min | 90815, 90829 | | | | |
| **Other Psychotherapy** | | | | | |
| (None) | | | Psychotherapy for crisis | 90839, 90840 | No |
| Family psychotherapy | 90846, 90847, 90849 | RETAINED | Family psychotherapy | 90846, 90847, 90849 | No |
| Group psychotherapy | 90853 | RETAINED | Group psychotherapy | 90853 | When appropriate |
| Interactive group psychotherapy | 90857 | DELETED | | | Yes |
| **Other Psychiatric Services** | | | | | |
| Pharmacologic management | 90862 | DELETED | E/M | E/M code | No |

*Per CPT Time Rule

CPT® five-digit codes, descriptions, and other data only are copyright 2012 by the American Medical Association (AMA). All Rights Reserved. No fee schedules, basic units, relative values or related listings are included in CPT®. CPT® is a registered trademark of the American Medical Association (AMA).